IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLETTE KIRSTEIN,<br>   Plaintiff,<br><br>   v.<br><br>LIT FINANCIAL CORPORATION,<br>   Defendant. | :<br>:<br>:<br>:   Civil No. 5:25-cv-03660-JLS<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 18th day of July, 2025, **IT IS HEREBY ORDERED THAT** the Motion of, Anthony Paronich, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☒ Granted

☐ Denied

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to add Anthony Paronich, Esquire as counsel for Plaintiff.

Counsel is **DIRECTED** to request ECF filing access using their PACER Account.[1]

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL
United States District Court Judge

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).