IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLETTE KIRSTEIN, individually and on behalf of a class of all persons and entities similarly situated, | : : : | Case Number: 2:25-cv-03660 |
| v. | : : | |
| LIT FINANCIAL CORPORATION, | : | |

ORDER

AND NOW, this _____ day of _____ 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.  The Clerk is DIRECTED to add  _Cassandra P Miller_ , Esquire as counsel for Plaintiff, Nicollette Kirstein_ .  _Cassandra P. Miller_ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____
                                                                                                            , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 2:25-cv-03660

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, Cassandra P. Miller the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Plaintiff, Nicollete Kirstein. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

Please see attached
(State where admitted)    (Admission Date)    (Attorney Identification Number)

_____      _____    _____
(State where admitted)    (Admission Date)    (Attorney Identification Number)

_____      _____    _____
(State where admitted)    (Admission Date)    (Attorney Identification Number)

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

Please see attached
(Court where admitted)    (Admission Date)    (Attorney Identification Number)

_____      _____    _____
(Court where admitted)    (Admission Date)    (Attorney Identification Number)

_____      _____    _____
(Court where admitted)    (Admission Date)    (Attorney Identification Number)

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am seeking to enter my appearance for* Plaintiff Nicollete Kirstein

*Name of Attorney:* Cassandra P. Miller

*Firm Address:* 980 N Michigan Ave Suite 1610, Chicago, IL 60611

*Telephone Number:* ( 872) 263-1100

*Email Address:* cmiller@straussborrelli.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 17,2025                    /s/ Cassandra P. Miller
    (Date)                                   (Movant's signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

   The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Cassandra P. Miller</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Jeremy C. Jackson | /s/ Jeremy C. Jackson | 10/27/2021 | 321557 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

<u>BOWER LAW ASSOCIATES, PLLC</u>

<u>403 S. Allen St., Suite 210 State College, PA 16801</u>

<u>Telephone: 814-234-2626</u>

<u>Email: jjackson@bower-law.com</u>

*I declare under penalty of perjury that the foregoing is true and correct.*

   Executed on <u>July 18, 2025</u>        /s/ Jeremy C. Jackson
      *(Date)*              *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLETTE KIRSTEIN, individually and on behalf of a class of all persons and entities similarly situated,<br>　　　　　Plaintiff, | :<br>:<br>: | Case Number: 2:25-cv-03660 |
| v. | : | |
| | : | |
| LIT FINANCIAL CORPORATION,<br>　　　　　Defendant | : | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Cassandra P. Miller, Esq, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows: Electronically filed and is available for viewing and downloading from the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Jeremy C. Jackson*
　　　　　　　　　　　　　　　　　　　　　　Jeremy C. Jackson (PA Bar No. 321557)
　　　　　　　　　　　　　　　　　　　　　　BOWER LAW ASSOCIATES, PLLC
　　　　　　　　　　　　　　　　　　　　　　403 S. Allen St., Suite 210
　　　　　　　　　　　　　　　　　　　　　　State College, PA 16801
　　　　　　　　　　　　　　　　　　　　　　Tel.: 814-234-2626
　　　　　　　　　　　　　　　　　　　　　　jjackson@bower-law.com

Admissions – C. Miller

## **STATE COURTS**

| Court | Bar No. | Admission Date | In Good Standing? |
|---|---|---|---|
| State of Illinois | 6290238 | 11/9/2006 | Yes |

## **FEDERAL COURTS**

| Court | Admission Date | In Good Standing? |
|---|---|---|
| U.S.D.C., Northern District of Illinois | 1/29/2007 | Yes |
| U.S.D.C., Central District of Illinois | 2/27/2007 | Yes |
| U.S.D.C., Southern District of Illinois | 10/3/2016 | Yes |
| U.S.D.C., Northern District of Indiana | 5/4/2007 | Yes |
| U.S.D.C., Southern District of Indiana | 2/21/2007 | Yes |
| U.S. Court of Appeals, 1st Circuit | 5/1/2025 | Yes |
| U.S. D.C., District of Colorado | 3/4/2025 | Yes |