# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLETTE KIRSTEIN,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LIT FINANCIAL CORPORATION,<br>　　　　　　Defendant. | :<br>:<br>:<br>:　Civil No. 5:25-cv-03660-JLS<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 22ⁿᵈ day of July, 2025, **IT IS HEREBY ORDERED THAT** the Motion of, Cassandra P. Miller, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

　　☒　　Granted

　　☐　　Denied

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to add Cassandra P. Miller, Esquire as counsel for Plaintiff.

Counsel is **DIRECTED** to request ECF filing access using their PACER Account.[1]

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Jeffrey L. Schmehl*
　　　　　　　　　　　　　　　　　　JEFFREY L. SCHMEHL
　　　　　　　　　　　　　　　　　　United States District Court Judge

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).