# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **NICOLETTE KIRSTEIN individually and on behalf of a class of all persons and entities similarly situated** | )<br>)<br>)<br>) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:25-cv-03660-JLS<br>)<br>) |
| **LIT Financial Corporation** | )<br>) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Mike Rehbein, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to LIT FINANCIAL CORPORATION in Wayne County, MI on July 23, 2025 at 12:08 pm at 186 North Main Street, Plymouth, MI 48170 by leaving the following documents with Morgan Hanson who as Office Manager is authorized by appointment or by law to receive service of process for LIT FINANCIAL CORPORATION.

SUMMONS IN A CIVIL ACTION, and CLASS ACTION COMPLAINT

White Female, est. age 35-44, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.3737562244,-83.4655355148
Photograph: See Exhibit 1


Total Cost: $121.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in | /s/ *Mike Rehbein* |
|    Wayne County   , | Signature |
|    MI    on    7/24/2025   . | Mike Rehbein |
| | +1 (810) 588-3848 |

Exhibit 1a)

