## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLETTE KIRSTEIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIT FINANCIAL CORPORATION,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 5:25-cv-03660 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURTS:

　　　Kindly enter my appearance on behalf of Defendant, LIT Financial Corporation.

Dated:  August 12, 2025

　　　　　　　　　　　　　　　　　　　　*s/   Sean M. Craig*
　　　　　　　　　　　　　　　　　　　　Sean M. Craig (PA 331672)
　　　　　　　　　　　　　　　　　　　　TROUTMAN PEPPER LOCKE LLP
　　　　　　　　　　　　　　　　　　　　3000 Two Logan Square
　　　　　　　　　　　　　　　　　　　　Eighteenth and Arch Streets
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-2799
　　　　　　　　　　　　　　　　　　　　215.981.4000
　　　　　　　　　　　　　　　　　　　　Sean.Craig@troutman.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Sean M. Craig, hereby certify that on August 12, 2025, a true and correct copy of the foregoing document was filed through the Court's Electronic Case Filing (ECF) System and that the following attorneys of record are registered to receive notice of said filing through ECF:

>Jeremy C. Jackson
>BOWER LAW ASSOCIATES, PLLC
>403 S. Allen St., Suite 210
>State College, PA 16801
>*Attorney for Plaintiff*
>
>Anthony Paronich
>PARONICH LAW, P.C.
>350 Lincoln St., Suite 2400
>Hingham, MA 02043
>
>Cassandra P. Miller
>STRAUSS BORRELLI PLLC
>980 N. Michigan Avenue
>Suite 1610
>Chicago, IL 60611

>*s/   Sean M. Craig*
>Sean M. Craig