IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**NICOLETTE KIRSTEIN,**

      **Plaintiff,**

v.                                           Civil Action No. 2:25-cv-03660-JLS

**LIT FINANCIAL CORPORATION,**

      **Defendant.**

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT LIT FINANCIAL TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Nicolette Kirstein and Defendant Lit Financial Corporation ("Lit Financial") (collectively, the "Parties") hereby stipulate, subject to the Court's approval, that Lit Financial's time to answer, move, or otherwise plead in response to the Complaint in this action be extended through and including September 11, 2025, and that any such responsive pleading by that date shall be deemed timely filed. No previous extension has been requested by Lit Financial in this proceeding.

Dated: August 13, 2025                                Respectfully submitted,

| | |
|---|---|
| */s/ Jeremy C. Jackson* | */s/ Sean M. Craig* |
| Jeremy C. Jackson | Sean M. Craig, Esq. |
| Bower Law Associates, PLLC | Troutman Pepper Locke LLP |
| 403 S. Allen St., Suite 210 | 3000 Two Logan Square |
| State College, PA 16801 | Eighteenth and Arch Streets |
| jjackson@bower-law.com | Philadelphia, PA 19103 |
| *Attorney for Plaintiff* | sean.craig@troutman.com |
| | *Attorney for Defendant Lit Financial Corporation* |

**APPROVED:**                                                            **Date:**

*/s/ Jeffrey L. Schmehl*                                     August 13, 2025
**District Judge Jeffrey L. Schmehl**