**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NICOLETTE KIRSTEIN,

        **Plaintiff,**

**v.**                                                    Civil Action No. 2:25-cv-03660-JLS

LIT FINANCIAL CORPORATION,

        **Defendant.**

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Lit Financial

Corporation, by its undersigned counsel, submits the following corporate disclosure statement:

1.      Lit Financial Corporation is a nongovernmental corporation.

2.      Lit Financial Corporation is not publicly traded, has no parent corporation, and no

publicly held corporation owns more than 10% of its shares.

Dated: August 13, 2025               Respectfully submitted,

                                         */s/ Sean M. Craig*
                                         Sean M. Craig, PA Bar No. 331672
                                         TROUTMAN PEPPER LOCKE LLP
                                         3000 Two Logan Square
                                         Eighteenth and Arch Street
                                         Philadelphia, Pennsylvania 19103
                                         Telephone: (215) 981-4241
                                         Facsimile: (215) 981-4750
                                         Email: Sean.Craig@troutman.com

                                         *Counsel for Lit Financial Corporation*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 13, 2025, I electronically filed a true and accurate copy of

the foregoing with the Clerk of Court using the CM/ECF electronic filing system.


*/s/ Sean M. Craig*
Sean M. Craig

*Counsel for Lit Financial Corporation*