## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLETTE KIRSTEIN,<br>    Plaintiff,<br><br>v.<br><br>LIT FINANCIAL CORPORATION,<br>    Defendant. | :<br>:<br>:<br>:  Civil No. 5:25-cv-03660-JLS<br>:<br>:<br>: |

### ORDER

**AND NOW,** this 16th day of September, 2025, **IT IS HEREBY ORDERED** that the above captioned matter is **REFERRED** to United States Magistrate Judge Craig M. Straw for the purpose of scheduling and conducting a settlement conference. Plaintiff's counsel shall contact Magistrate Judge Straw's chambers immediately to schedule a settlement conference.

**BY THE COURT:**


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**