IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLETTE KIRSTEIN, individually and on behalf of a class of all persons and entities similarly situated,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>LIT FINANCIAL CORPORATION.<br>　　　　　　　Defendant. | CIVIL ACTION<br><br>No. 5:25-cv-03660-JLS |

## ENTRY OF APPEARANCE

Kindly enter the appearance of the undersigned, Timur R. Dikec, of Nelson Mullins Riley & Scarborough, LLP, attorneys for Defendant Lit Financial Corporation, by and through their undersigned counsel in the above-captioned matter.

　　　　　　　　　　　　　　　　Respectfully submitted:

Date: October 1, 2025　　　　　*/s/ Timur R. Dikec*
　　　　　　　　　　　　　　　　Timur R. Dikec
　　　　　　　　　　　　　　　　Nelson Mullins Riley & Scarborough LLP
　　　　　　　　　　　　　　　　One PPG Place, Suite 3200
　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　(412) 730-4050 (Telephone)
　　　　　　　　　　　　　　　　*timur.dikec@nelsonmullins.com*

　　　　　　　　　　　　　　　　*Attorney for Defendant Lit Financial Corporation*

# CERTIFICATE OF SERVICE

I, Timur R. Dikec, certify that I served a true and correct copy of the foregoing Entry of Appearance on all parties by electronically filing a copy of same through the ECF/PACER e-Filing system. A copy is available for viewing and downloading from the ECF System. A copy was also served via e-mail upon:

| | |
|---|---|
| Jeremy C. Jackson<br>Bower Law Associates, PLLC<br>403 S. Allen Street, Suite 210<br>State College, PA 16801<br>jjackson@bower-law.com<br><br>*Attorney for Plaintiffs* | Sean Matthew Craig, Esquire<br>Troutman Pepper Locke LLP<br>3000 Two Logan Square<br>18th And Arch Streets<br>Suite 3000<br>Philadelphia, PA 19103<br>sean.craig@troutman.com<br><br>*Attorney for Defendant, Lit Financial Corporation* |

Cassandra P. Miller, Esquire
Strauss Borrelli PLLC
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
cmiller@straussborrelli.com

*Attorney for Plaintiffs*

Anthony Paronich, Esquire
Paronich Law, P.C.
350 Lincoln St. Suite 2400
anthony@paronichlaw.com

*Attorney for Plaintiffs*

Date: October 1, 2025        */s/ Timur R. Dikec*
                             Timur R. Dikec
                             Nelson Mullins Riley & Scarborough LLP
                             One PPG Place, Suite 3200

Pittsburgh, PA 15222
(412) 730-4050 (Telephone)
(412) 567-9241 (Fax)
*timur.dikec@nelsonmullins.com*

*Attorney for Defendant Lit Financial Corporation*