IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLETTE KIRSTEIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIT FINANCIAL CORPORATION,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 5:25-cv-03660 |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURTS:

　　　　The firm of Troutman Pepper Locke LLP no longer represents Defendant Lit Financial Corporation ("Lit Financial") in the above-captioned matter. Kindly withdraw my appearance on behalf of Lit Financial. Attorney Timur Ryan Dikec entered an appearance on behalf of Lit Financial on October 1, 2025.

Dated:  October 1, 2025

　　　　　　　　　　　　　　　　　　　　*s/   Sean M. Craig*
　　　　　　　　　　　　　　　　　　　　Sean M. Craig (PA 331672)
　　　　　　　　　　　　　　　　　　　　TROUTMAN PEPPER LOCKE LLP
　　　　　　　　　　　　　　　　　　　　3000 Two Logan Square
　　　　　　　　　　　　　　　　　　　　Eighteenth and Arch Streets
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-2799
　　　　　　　　　　　　　　　　　　　　215.981.4000
　　　　　　　　　　　　　　　　　　　　Sean.Craig@troutman.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I, Sean M. Craig, hereby certify that on October 1, 2025, a true and correct copy of the foregoing document was filed through the Court's Electronic Case Filing (ECF) System, which will provide notice of the foregoing to all registered attorneys of record.

                                                                  *s/ Sean M. Craig*
                                                                   Sean M. Craig