IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLETTE KIRSTEIN, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | Case Number: : 5:25-cv-03660 |
| v. | : : | |
| LIT FINANCIAL CORPORATION, | : : | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.  The Clerk is DIRECTED to add <u>Eric J. Troutman</u>, Esquire as counsel for <u>Defendant, LIT FINANCIAL CORPORATION</u>. <u>Eric J. Troutman</u> is DIRECTED to request ECF filing access using their PACER Account[1].

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: <u>5:25-cv-03660</u>

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, <u>MOVANT'S STATEMENT</u>

I, <u>Eric J. Troutman,</u> the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent <u>LIT FINANCIAL CORPORATION</u>. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| California | 12/12/2023 | 229263 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| USDC California Eastern District | 7/19/2005 | 229263 |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| USDC California Southern District | 5/18/2007 | 229263 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| USDC California Northern District | 5/29/2007 | 229263 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am seeking to enter my appearance for* <u>LIT FINANCIAL CORPORATION</u>

*Name of Attorney:* <u>Eric J. Troutman</u>

*Firm Address:* <u>Troutman Amin, LLP, 400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618</u>

*Telephone Number:* <u>949-350-5612</u>

*Email Address:*<u>troutman@troutmanamin.com</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>10/14/24</u>    /s/ Eric J. Troutman
   *(Date)*    *(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

  The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Eric J. Troutman</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Timur R. Dikec | /s/ Timur R. Dikec | 4/17/2023 | 333225 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Nelson Mullins Riley & Scarborough LLP

One PPG Place, Suite 3200

Pittsburgh, PA 15222

(412) 730-4050 (Telephone)

timur.dikec@nelsonmullins.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on*  <u>10/14/2025</u>       <u>/s/ Timur R. Dikec</u>
    *(Date)*             *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLETTE KIRSTEIN, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | Case Number: : 5:25-cv-03660 |
| v. | : : | |
| LIT FINANCIAL CORPORATION, | : | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of <u>Eric J. Troutman</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

**ANTHONY PARONICH**
PARONICH LAW, P.C.
350 LINCOLN ST SUITE 2400
HINGHAM, MA 02043
508-221-1510
Email: anthony@paronichlaw.com

**CASSANDRA P MILLER**
STRAUSS BORRELLI PLLC
980 N MICHIGAN AVENUE
SUITE 1610
CHICAGO, IL 60611
872-263-1100
Fax: 872-263-1109
Email: cmiller@straussborrelli.com

**JEREMY C. JACKSON**
Bower Law Associates, PLLC
403 South Allen Street
Suite 210
State College, PA 16801
814-234-2626
Fax: 814-237-8700
Email: jjackson@bower-law.com

*Attorneys for Plaintiff and the Proposed Class*

/s/ Timur R. Dikec
(Signature of Attorney)

Timur R. Dilkec
(Name of Attorney)

Eric J. Troutman
(Name of Moving Party)

10/14/2025
(Date)