IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLETTE KIRSTEIN,<br>        Plaintiff, | : <br> : <br> : |
| v. | :   Civil No. 5:25-cv-03660-JLS |
| LIT FINANCIAL CORPORATION,<br>        Defendant. | : <br> : <br> : |

**ORDER**

**AND NOW**, this 23rd day of October, 2025, **IT IS HEREBY ORDERED THAT** the Motion of, Tori L. Guidry, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☒    Granted

☐    Denied

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to add Tori L. Guidry, Esquire as counsel for Defendant.

Counsel is **DIRECTED** to request ECF filing access using their PACER Account.[1]

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL
United States District Court Judge

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).