IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLETTE KIRSTEIN,
    Plaintiff,

v.     Civil No. 5:25-cv-03660-JLS

LIT FINANCIAL CORPORATION,
    Defendant.

**ORDER**

**AND NOW**, this 23rd day of October, 2025, **IT IS HEREBY ORDERED THAT** the Motion of, Puja Amin, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☒     Granted

☐     Denied

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to add Puja Amin, Esquire as counsel for Defendant.

Counsel is **DIRECTED** to request ECF filing access using their PACER Account.[1]

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL
United States District Court Judge

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).