IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLETTE KIRSTEIN,
      Plaintiff,

v.  :  Civil No. 5:25-cv-03660-JLS

LIT FINANCIAL CORPORATION,
      Defendant.

### ORDER

**AND NOW,** this 30th day of October, 2025, after a Rule 16 conference with counsel, **IT IS HEREBY ORDERED** as follows:

1. A telephone status conference shall be held on **Friday, February 6, 2026, at 1:30 PM.** Counsel shall dial into the conference at 1-855-244-8681; meeting access code 2318 613 3292;

2. All fact discovery in this matter shall be completed by **Friday, February 20, 2026**;

3. All expert discovery in this matter shall be completed by **Thursday, May 21, 2026**; and

4. Plaintiff shall file her motion for class certification by **Monday, June 22, 2026**;

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**