# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICOLETTE KIRSTEIN**, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>**LIT FINANCIAL CORPORATION,**<br><br>  Defendant. | Case No. 5:25-cv-03660-JLS<br><br>Honorable District Judge Jeffrey L. Schmehl<br><br>Honorable Magistrate Judge Craig M. Straw |

## JOINT MOTION FOR PROTECTIVE ORDER

NOW COME Plaintiff, Nicolette Kirstein ("Plaintiff") and Defendant Lit Financial Corporation ("Lit Financial"), by their respective counsel, file this Joint Motion requesting that this Court entered the proposed Joint Protective Order, filed concurrently with this Joint Motion.

Dated: December 3, 2025

Respectfully submitted,

*/s/ Timur R. Dikec*
Timur R. Dikec, Esq. (PA ID #333225)

NELSON MULLINS RILEY & SCARBOROUGH, LLP
One PPG Place, Suite 3200
Pittsburgh, PA 15222
Email: *timur.dikec@nelsonmullins.com*

*Counsel for Defendant*
*Lit Financial Corporation*

/s/ *Anthony I. Paronich (with express permission)*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **JOINT MOTION FOR PROTECTIVE ODER** was served via the Court's ECF Notification system, on this 3rd day of December 2025, to all counsel of record.

    Respectfully submitted,

    /s/ Timur R. Dikec_____
    Timur R. Dikec, Esq.