IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLETTE KIRSTEIN,<br>　　　　　　Plaintiff, | :<br>:<br>: |
| v. | : Civil No. 5:25-cv-03660-JLS |
| LIT FINANCIAL CORPORATION,<br>　　　　　　Defendant. | :<br>:<br>: |

**ORDER**

**AND NOW,** this 22nd day of January, 2026, upon consideration of Defendant's Motion for Leave to File Amended Answer and Counterclaim (ECF No. 27), **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the telephone status conference scheduled for Friday, February 6, 2026 is **RESCHEDULED** to **Tuesday, March 3, 2026 at 4:00 PM.** Counsel shall dial into the conference at 1-855-244-8681; meeting access code 2318 613 3292.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Jeffrey L. Schmehl*
　　　　　　　　　　　　　　　　　　**JEFFREY L. SCHMEHL, J.**