IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLETTE KIRSTEIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIT FINANCIAL CORPORATION,<br><br>Defendant. | No. 5:25-cv-03660-JLS<br><br>Honorable District Judge Jeffrey L. Schmehl<br><br>Honorable Magistrate Judge Craig M. Straw |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Nicolette Kirstein and Defendant Lit Financial Corporation ("the Parties"), by and through their undersigned counsel, hereby notifies the Court that they have reached an agreement in principle on the material terms of an individual settlement in this matter.

Respectfully submitted this 28th day of January, 2026.

*/s/ Anthony I. Paronich*
Anthony I. Paronich *(pro hac vice)*
**PARONICH LAW, P.C.**
350 Lincoln St Suite 2400
Hingham, MA 02043
(T) 508-221-1510
anthony@paronichlaw.com

*/s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*Counsel for Plaintiff*

*/s/ Tori L. Guidry*
Eric J. Troutman
Puja J. Amin
Tori L. Guidry
**TROUTpMAN AMIN, LLP**
400 Spectrum Center Drive, Ste 1550
Irvine, CA 92618
(T) 949-761-5021
(F) 949-203-8689
troutman@troutmanfirm.com
amin@troutmanfirm.com
tori@troutmanfirm.com

Blake Landis
**TROUTMAN AMIN, LLP**
1825 N.W. Corporate Blvd., Suite 100
Boca Raton, FL 33431-8554
(T) 772-538-9000
blake@troutmanamin.com

*Counsel for Defendant*