# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLETTE KIRSTEIN,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIT FINANCIAL CORPORATION,<br>　　　　　Defendant. | :<br>:<br>:<br>: Civil No. 5:25-cv-03660-JLS<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 4th day of February, 2026, it having been reported that the above captioned case has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court,

**IT IS HEREBY ORDERED** that the above captioned action is dismissed with prejudice, pursuant to agreement of counsel without costs. This Court retains jurisdiction for ninety (90) days in order to enforce settlement or any other issues.

　　　　　　　　　　　　　　　　　　**GEORGE WYLESOL, Clerk of Court**

　　　　　　　　　　　　　　**BY:** */s/ Brian R. Dixon*
　　　　　　　　　　　　　　　　　Brian R. Dixon,
　　　　　　　　　　　　　　　　　Deputy Clerk to Judge Schmehl